**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1501

JOSHUA BARRETT SHAPIRO,

                    Plaintiff – Appellant,

          v.

RITA R. GALJAN, Magistrate for the County of Virginia Beach,
Virginia; PATRICK D. BLANKENSHIP, Magistrate for the County
of Virginia Beach, Virginia,

                    Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge. (2:10-cv-00146-MSD-FBS)

Submitted:  July 22, 2010              Decided:  July 30, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joshua Barrett Shapiro, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Barrett Shapiro appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Shapiro v. Galjan, No. 2:10-cv-00146-MSD-FBS (E.D. Va. Apr. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED